1430

**2014–1866.  State v. Eacholes.**
Butler App. No. CA2013–11–195. This cause is pending before the court as a jurisdictional appeal.
    Upon consideration of the motion for attorney Charles Conliff to withdraw as counsel of record for appellant, it is ordered by the court that the motion is granted.

**2014–2210.  State v. Quarterman.**
Cuyahoga App. No. 101064. This cause is pending before the court as a jurisdictional appeal.
    Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2015–0058.   Cleveland Metro. Bar Assn. Certified Grievance Commt. v. Kaufman.**
On January 12, 2015, relator filed an emergency motion for interim remedial suspension.
    Upon consideration thereof, it is ordered by the court that respondent shall file a response, if any, to relator's motion by 9:00 a.m. on January 16, 2015.

**2014–1385.   BRE DDR Great N., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–5273. This cause is pending before the court as an appeal from the Board of Tax Appeals.
    Upon consideration of the agreed motion to remand the appeal to the Board of Tax Appeals in order to implement a settlement, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.
    It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.